```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW HAMPSHIRE
```

Scott D. Farah

      v.                                Civil No. 16-cv-466-PB

United States of America


## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 27, 2017.  The petitioner's motion to proceed in forma pauperis on appeal is denied.

    SO ORDERED.

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Court

Date: February 14, 2017

cc:    Scott D. Farah, pro se
       Seth R. Aframe, Esq.